**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lucy BAWUAH, a/k/a Lucy Tetteh,
Defendant–Appellant.**

**No. 01–7105.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Lucy Bawuah, pro se.

Eugene Joseph Rossi, Office of the United States Attorney, Alexandria, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lucy Bawuah seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.

2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bawuah,* Nos. CR–99–413; CA–01–578–A (E.D.Va. May 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*